No. 00–6430. Lofton v. Illinois. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 00–6437. Raymond v. Neal, Warden. C. A. 7th Cir. Certiorari denied.

No. 00–6439. Cole v. Moore, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 00–6443. Holmes v. Illinois. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 00–6446. Hurtado-Bravo, aka Miorio Hurtado v. United States. C. A. 5th Cir. Certiorari denied.

No. 00–6447. Hitchcock v. Florida. Sup. Ct. Fla. Certiorari denied.

No. 00–6451. Hason v. Davis. C. A. 2d Cir. Certiorari denied.

No. 00–6452. Parrish v. Ramirez, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 00–6455. Foley v. Arizona Department of Corrections et al. C. A. 9th Cir. Certiorari denied.

No. 00–6456. Cooper v. Florida. C. A. 11th Cir. Certiorari denied.

No. 00–6460. Saunders v. Torian et al. C. A. 2d Cir. Certiorari denied.

No. 00–6542. Ford v. California. Sup. Ct. Cal. Certiorari denied.

No. 00–6553. Knuckles-El et al. v. Toombs, Warden, et al. C. A. 6th Cir. Certiorari denied.

No. 00–6575. Link v. Missouri. Sup. Ct. Mo. Certiorari denied.

No. 00–6578. James v. Moore, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.